UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 8 2010
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| **HELENE HICKS** | § | **PLAINTIFF** |
| | § | |
| v. | § | CAUSE NO. 1:08cv212-LG-RHW |
| | § | |
| **231 CONCEPTS, LLC, d/b/a PAPA** | § | |
| **JOHN'S PIZZA** | § | **DEFENDANT** |

## VERDICT FORM

### PART I

Regarding Plaintiff's claim of supervisor sexual harassment resulting in a tangible employment action:

**Question Number One**

Did the Plaintiff suffer a tangible employment action because she rejected sexual advances, requests, or demands by Carlos Jiminez?

Answer "Yes" or "No.": __No__.

*Proceed to Part II.*

# PART II

Regarding Plaintiff's claim of hostile working environment/negligence:

## Question Number One

Was Plaintiff sexually harassed?

    Answer "Yes" or "No.": __YES__ .

*If you answered "Yes," proceed to Question Number Two. If you answered "No," proceed to Part III.*

## Question Number Two

    Did Defendant know, or in the exercise of reasonable care should Defendant have known, that Plaintiff was being harassed?

    Answer "Yes" or "No." : __YES__ .

*If you answered "Yes," then proceed to Questions Number Three. If you answered "No," proceed to Part III.*

## Question Number Three

Did Defendant fail to take prompt remedial action?

    Answer "Yes" or "No." : __YES__ .

*Proceed to Part III.*

# PART III

Regarding Plaintiff's claim of hostile working environment/vicarious liability:

## Question Number One

Was Plaintiff sexually harassed?

    Answer "Yes" or "No.": __YES__.

*If you answered "Yes," proceed to Question Number Two. If you answered "No," proceed to Part IV.*

## Question Number Two

Did Defendant exercise reasonable care to prevent and promptly correct any sexually harassing behavior?

    Answer "Yes" or "No." : __YES__.

*If you answered "Yes," then proceed to Question Number Three. If you answered "No," proceed to Part IV.*

## Question Number Three

Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

    Answer "Yes" or "No." : __YES__.

*Proceed to Part IV.*

# PART IV

If you found for the Plaintiff on one or more of her claims, answer Questions Number One and Two. Otherwise, proceed to Part V Finalization of the Verdict.

**Question Number One**

What sum of money would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

> Answer in dollars and cents, for damages, if any, or answer "none."
>
> Compensatory damages $ __Ø__ .

**Question Number Two**

What sum of money, if any, do you find should be awarded as punitive damages?

> Answer in dollars and cents, for punitive damages, if any, or answer "none."
>
> Punitive Damages $ __24,000.00__ .

*Proceed to Part V Finalization of the Verdict.*

# PART V
# FINALIZATION OF THE VERDICT

Please complete the following information:

4-8-10           s/signature redacted

Date           Signature of the Foreperson